# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shelly Mae Dickensheets<br>    fka Shelly M Groft<br>    fka Shelly Keeney<br>    aka Shelly M Dickensheets<br>    fka Shelly Mae Groft<br>Daniel N. Dickensheets<br>    aka Dan N Dickensheets<br><br>                Debtors | BK NO. 19-00983 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 and index same on the master mailing list.

                                                                                       Respectfully submitted,

                                                                         **/s/ James C. Warmbrodt, Esquire**
                                                                          James C. Warmbrodt, Esquire
                                                                          KML Law Group, P.C.
                                                                          BNY Mellon Independence Center
                                                                          701 Market Street, Suite 5000
                                                                          Philadelphia, PA  19106
                                                                          215-627-1322