```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00983-HWV
Daniel N Dickensheets                                               Chapter 13
Shelly Mae Dickensheets
      Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini            Page 1 of 1          Date Rcvd: Apr 03, 2019
                              Form ID: ntnew341         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
```
db/jdb         +Daniel N Dickensheets,    Shelly Mae Dickensheets,    40 Sandy Court,    Hanover, PA 17331-9070
5171327        +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5171328        +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
5176918         Southeastern Adams Vol Em Service,    PO Box 539,    Mechanicsburg PA 17055-0539
5171332        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5176917        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 19:31:43      Capital One Bank,
                 PO box 30285,    Salt Lake City UT 84130-0285
5176919        +E-mail/Text: documentfiling@lciinc.com Apr 03 2019 19:24:17      Comcast,    PO Box 3005,
                 Southeastern PA 19398-3005
5176916        +E-mail/Text: julie.baugher@pinnaclehealth.org Apr 03 2019 19:24:19      Hanover Hospital,
                 300 Highland Avenue,    Hanover PA 17331-2203
5171325         E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 19:24:22      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5171326         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 19:24:36      PA Department of Revenue,
                 Attn: Bankruptcy Division,    Dept 280946,    Harrisburg, PA 17128-0946
5171329        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 19:31:27
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
5171330        +E-mail/Text: jennifer.chacon@spservicing.com Apr 03 2019 19:25:03
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
5171331        +E-mail/Text: bankruptcy@sw-credit.com Apr 03 2019 19:24:42      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
5171333        +E-mail/Text: kcm@yatb.com Apr 03 2019 19:24:18      York Adams Tax Bureau,
                 Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Shelly Mae Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 1 Daniel N Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2006-11 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel N Dickensheets,
aka Dan N Dickensheets,

Chapter 13

**Debtor 1**

Case No. 1:19–bk–00983–HWV

Shelly Mae Dickensheets,
aka Shelly M Dickensheets, fka Shelly Keeney, fka Shelly Mae Groft, fka Shelly M Groft,

**Debtor 2**

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 25, 2019 <br> Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CGambini, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: April 3, 2019

ntnew341 (04/18)