| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M | 6 | Ref Number: | 010419 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | | Deposit Date: | 1/04/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | | Pay Frequency: | Weekly |
| | | HANOVER, PA 17331 | | | | Period Ending: | 12/29/18 |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
| --- | --- | --- | --- | --- |
| PTO SALARY | | | 1,087.50 | 1,087.50 |
| HOLIDAY SALAR | | | 1,087.50 | 1,087.50 |
| 125C DEDUCTION | | | -194.00 | -194.00 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
| --- | --- | --- |
| UNITED WAY | 5.00 | 5.00 |
| FWT | 146.00 | 146.00 |
| FICA W/H | 122.82 | 122.82 |
| FICA MEDICARE | 28.72 | 28.72 |
| PA UNEMPLOYMENT | 1.31 | 1.31 |
| PA STATE W/H | 60.82 | 60.82 |
| FLD YC LOCAL SERVI | 1.00 | 1.00 |
| LOCAL CONEWAGO V | 29.72 | 29.72 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
| --- | --- | --- | --- | --- |
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

Future Time Off — Type — Hours — Total:

### This Pay Period

| Earnings | Deductions | Net Pay |
| --- | --- | --- |
| 1,981.00 | 395.39 | 1,585.61 |

### Year To Date

| Earnings | Deductions | Net Pay |
| --- | --- | --- |
| 1,981.00 | 395.39 | 1,585.61 |

Important Messages:

DICKENSHE DANIE

Your check has been deposited in your bank account

| Dep Type | Amount |
| --- | --- |
| C | 1,585.61 |
| **Total Current Net:** | 1,585.61 |

| Date | Ref No. | Amount |
| --- | --- | --- |
| 1/04/19 | 010419 | 1,585.61 |

DANIEL N. DICKENSHEETS
40 SANDY CT
HANOVER, PA 17331

Printed On: 1/3/2019

| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M | 6 | Ref Number: | 011119 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | | Deposit Date: | 1/11/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | | Pay Frequency: | Weekly |
| | | HANOVER, PA 17331 | | | | Period Ending: | 1/05/19 |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
| --- | --- | --- | --- | --- |
| FIELD SALARY | | | 1,315.74 | 1,315.74 |
| PTO SALARY | | | 0.00 | 1,087.50 |
| HOLIDAY SALARY | | | 859.26 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -388.00 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
| --- | --- | --- |
| UNITED WAY | 5.00 | 10.00 |
| FWT | 146.00 | 292.00 |
| FICA W/H | 122.82 | 245.64 |
| FICA MEDICARE | 28.73 | 57.45 |
| PA UNEMPLOYMENT | 1.31 | 2.62 |
| PA STATE W/H | 60.82 | 121.64 |
| FLD YC LOCAL SERVI | 1.00 | 2.00 |
| LOCAL CONEWAGO | 29.72 | 59.44 |

| Company paid Benefits | Period Amount | YTD Amount |
| --- | --- | --- |
| FRINGE BENEFITS | 317.03 | 317.03 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
| --- | --- | --- | --- | --- |
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

### Future Time Off

| Type | Hours |
| --- | --- |
| Total: | |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
| --- | --- | --- |
| 1,981.00 | 395.40 | 1,585.60 |

### Year To Date

| Earnings | Deductions | Net Pay |
| --- | --- | --- |
| 3,962.00 | 790.79 | 3,171.21 |

Your check has been deposited in your bank account

| Dep Type | Amount |
| --- | --- |
| C | 1,585.60 |
| **Total Current Net:** | 1,585.60 |

DICKENSHE DANIE

| Date | Ref No. | Amount |
| --- | --- | --- |
| 1/11/19 | 011119 | 1,585.60 |

**DANIEL N. DICKENSHEETS**
**40 SANDY CT**
**HANOVER, PA 17331**

Printed On: 1/9/2019

| | | | | | | |
|---|---|---|---|---|---|---|
| KINSLEY CONSTRUCTION INC. | | Emp No. | Name / Address | Filing Status | M 6 | Ref Number: 011819 |
| PO Box 2886 | | | DANIEL N. DICKENSHEETS | | | Deposit Date: 1/18/19 |
| York, PA 174052886 | | 7914 | 40 SANDY CT | | | Pay Frequency: Weekly |
| | | | HANOVER, PA 17331 | | | Period Ending: 1/12/19 |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | Year To Date | | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| FIELD SALARY | | | 2,175.00 | 3,490.74 | UNITED WAY | 5.00 | 15.00 |
| PTO SALARY | | | 0.00 | 1,087.50 | FWT | 146.00 | 438.00 |
| HOLIDAY SALARY | | | 0.00 | 1,946.76 | FICA W/H | 122.83 | 368.47 |
| 125C DEDUCTION | | | -194.00 | -582.00 | FICA MEDICARE | 28.72 | 86.17 |
| | | | | | PA UNEMPLOYMENT | 1.31 | 3.93 |
| | | | | | PA STATE W/H | 60.82 | 182.46 |
| | | | | | FLD YC LOCAL SERV | 1.00 | 3.00 |
| | | | | | LOCAL CONEWAGO V | 29.72 | 89.16 |

**Hours of Leave**

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

| Company Paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| FRINGE BENEFITS | 524.07 | 841.10 |

| Future Time Off | Type | Hours |
|---|---|---|
| | Total: | |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,981.00 | 395.40 | 1,585.60 | 5,943.00 | 1,186.19 | 4,756.81 |

DICKENSHE DANIE

| Date | Ref No. | Amount |
|---|---|---|
| 1/18/19 | 011819 | 1,585.60 |

Your check has been deposited in your bank account

| Dep Type | Amount |
|---|---|
| C | 1,585.60 |
| **Total Current Net** | 1,585.60 |

**DANIEL N. DICKENSHEETS**
**40 SANDY CT**
**HANOVER, PA 17331**

Printed On: 1/16/2019

| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M | 6 | Ref Number: | 012519 |
|---|---|---|---|---|---|---|---|
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | | Deposit Date: | 1/25/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | | Pay Frequency: | Weekly |
| | | HANOVER, PA 17331 | | | | Period Ending: | 1/19/19 |

### Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| FIELD SALARY | | | 2,175.00 | 5,665.74 |
| PTO SALARY | | | 0.00 | 1,087.50 |
| HOLIDAY SALARY | | | 0.00 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -776.00 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

### Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| UNITED WAY | 5.00 | 20.00 |
| FWT | 145.00 | 583.00 |
| FICA W/H | 122.82 | 491.29 |
| FICA MEDICARE | 28.73 | 114.90 |
| PA UNEMPLOYMENT | 1.31 | 5.24 |
| PA STATE W/H | 60.82 | 243.28 |
| FLD YC LOCAL SERVI | 1.00 | 4.00 |
| LOCAL CONEWAGO V | 29.72 | 118.88 |

| Company paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| FRINGE BENEFITS | 517.60 | 1,358.70 |

| Future Time Off | Type | Hours |
|---|---|---|
| 01/21/2019 | WRC | 0 |
| | Total: | 0.00 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,981.00 | 394.40 | 1,586.60 | 7,924.00 | 1,580.59 | 6,343.41 |

DICKENSHE DANIE

Your check has been deposited in your bank account

| | Dep Type | Amount | Date | Ref No. | Amount |
|---|---|---|---|---|---|
| | C | 1,586.60 | 1/25/19 | 012519 | 1,586.60 |
| Total Current Net: | | 1,586.60 | | | |

DANIEL N. DICKENSHEETS
40 SANDY CT
HANOVER, PA 17331

Printed On: 1/24/2019

| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M | 6 | Ref Number: | 020119 |
|---|---|---|---|---|---|---|---|
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | | Deposit Date: | 2/01/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | | Pay Frequency: | Weekly |
| | | HANOVER, PA 17331 | | | | Period Ending: | 1/26/19 |

## Earnings

| | This Pay Period | | Year To Date |
|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| FIELD SALARY | | | 2,174.99 | 7,840.73 |
| PTO SALARY | | | 0.00 | 1,087.50 |
| HOLIDAY SALARY | | | 0.00 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -970.00 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| 01/29/2019 | WRC | 0 |
| 01/30/2019 | WRC | 0 |
| | Total: | 0.00 |

## Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| UNITED WAY | 5.00 | 25.00 |
| FWT | 145.00 | 728.00 |
| FICA W/H | 122.82 | 614.11 |
| FICA MEDICARE | 28.72 | 143.62 |
| PA UNEMPLOYMENT | 1.30 | 6.54 |
| PA STATE W/H | 60.82 | 304.10 |
| FLD YC LOCAL SERV | 1.00 | 5.00 |
| LOCAL CONEWAGO | 29.71 | 148.59 |

| Company paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| FRINGE BENEFITS | 310.56 | 1,669.26 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,980.99 | 394.37 | 1,586.62 | 9,904.99 | 1,974.96 | 7,930.03 |

Your check has been deposited in your bank account

| | Dep Type | Amount |
|---|---|---|
| | C | 1,586.62 |
| Total Current Net: | | 1,586.62 |

DICKENSHE DANIE

| Date | Ref No. | Amount |
|---|---|---|
| 2/01/19 | 020119 | 1,586.62 |

**DANIEL N. DICKENSHEETS**
**40 SANDY CT**
**HANOVER, PA 17331**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KINSLEY CONSTRUCTION INC. | | Emp No. | Name / Address | Filing Status | M 6 | Ref Number: | 020819 |
| PO Box 2886 | | | DANIEL N. DICKENSHEETS | | | Deposit Date: | 2/08/19 |
| York, PA 174052886 | | 7914 | 40 SANDY CT | | | Pay Frequency: | Weekly |
| | | | HANOVER, PA 17331 | | | Period Ending: | 2/02/19 |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| FIELD SALARY | | | 2,174.79 | 10,015.52 |
| PTO SALARY | | | 0.00 | 1,087.50 |
| HOLIDAY SALARY | | | 0.00 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -1,164.00 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | Total: | |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| UNITED WAY | 5.00 | 30.00 |
| FWT | 145.00 | 873.00 |
| FICA W/H | 122.81 | 736.92 |
| FICA MEDICARE | 28.72 | 172.34 |
| PA UNEMPLOYMENT | 1.30 | 7.84 |
| PA STATE W/H | 60.81 | 364.91 |
| FLD YC LOCAL SERVI | 1.00 | 6.00 |
| LOCAL CONEWAGO V | 29.71 | 178.30 |

| Company paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| FRINGE BENEFITS | 207.04 | 1,876.30 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,980.79 | 394.35 | 1,586.44 | 11,885.78 | 2,369.31 | 9,516.47 |

DICKENSHE DANIE

### Your check has been deposited in your bank account

| | Dep Type | Amount | | Date | Ref No. | Amount |
|---|---|---|---|---|---|---|
| | C | 1,586.44 | | 2/08/19 | 020819 | 1,586.44 |
| Total Current Net: | | 1,586.44 | | | | |

DANIEL N. DICKENSHEETS
40 SANDY CT
HANOVER, PA 17331

Printed On: 2/7/2019

Case 1:19-bk-00983-HWV    Doc 20    Filed 04/15/19    Entered 04/15/19 10:45:10    Desc
Main Document    Page 6 of 10

| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M | 6 | Ref Number: | 021519 |
|---|---|---|---|---|---|---|---|
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | | Deposit Date: | 2/15/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | | Pay Frequency: | Weekly |
| | | HANOVER, PA 17331 | | | | Period Ending: | 2/09/19 |

### Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| FIELD SALARY | | | 2,175.00 | 12,190.52 |
| PTO SALARY | | | 0.00 | 1,087.50 |
| HOLIDAY SALARY | | | 0.00 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -1,358.00 |

### Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| UNITED WAY | 5.00 | 35.00 |
| FWT | 145.00 | 1,018.00 |
| FICA W/H | 122.82 | 859.74 |
| FICA MEDICARE | 28.73 | 201.07 |
| PA UNEMPLOYMENT | 1.31 | 9.15 |
| PA STATE W/H | 60.82 | 425.73 |
| FLD YC LOCAL SERVI | 1.00 | 7.00 |
| LOCAL CONEWAGO V | 29.72 | 208.02 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

| Company paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| FRINGE BENEFITS | 524.07 | 2,400.37 |

| Future Time Off | Type | Hours |
|---|---|---|
| 02/19/2019 | PTO | 8 |
| 02/20/2019 | PTO | 8 |
| | Total: | 16.00 |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,981.00 | 394.40 | 1,586.60 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 13,866.78 | 2,763.71 | 11,103.07 |

DICKENSHE DANIE

| Date | Ref No. | Amount |
|---|---|---|
| 2/15/19 | 021519 | 1,586.60 |

Your check has been deposited in your bank account

| | Dep Type | Amount |
|---|---|---|
| | C | 1,586.60 |
| Total Current Net: | | 1,586.60 |

**DANIEL N. DICKENSHEETS**
**40 SANDY CT**
**HANOVER, PA 17331**

Printed On: 2/13/2019

| | | | | | |
|---|---|---|---|---|---|
| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M 6 | Ref Number: 000022219 |
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | Deposit Date: 2/22/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | Pay Frequency: Weekly |
| | | HANOVER, PA 17331 | | | Period Ending: 2/16/19 |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| FIELD SALARY | | | 2,175.00 | 14,365.52 |
| PTO SALARY | | | 0.00 | 1,087.50 |
| HOLIDAY SALAR | | | 0.00 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -1,552.00 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| UNITED WAY | 5.00 | 40.00 |
| FWT | 145.00 | 1,163.00 |
| FICA W/H | 122.82 | 982.56 |
| FICA MEDICARE | 28.72 | 229.79 |
| PA UNEMPLOYMENT | 1.31 | 10.46 |
| PA STATE W/H | 60.82 | 486.55 |
| FLD YC LOCAL SERVI | 1.00 | 8.00 |
| LOCAL CONEWAGO V | 29.72 | 237.74 |

| Company paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| FRINGE BENEFITS | 342.91 | 2,743.28 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO | 0.00 | 160.00 | 0.00 | 160.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| 02/19/2019 | PTO | 8 |
| 02/20/2019 | PTO | 8 |
| | Total: | 16.00 |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,981.00 | 394.39 | 1,586.61 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 15,847.78 | 3,158.10 | 12,689.68 |

DICKENSHE DANIE

| Date | Ref No. | Amount |
|---|---|---|
| 2/22/19 | 000022219 | 1,586.61 |

Your check has been deposited in your bank account

| | Dep Type | Amount |
|---|---|---|
| | C | 1,586.61 |
| Total Current Net: | | 1,586.61 |

**DANIEL N. DICKENSHEETS**
**40 SANDY CT**
**HANOVER, PA 17331**

Printed On: 2/21/2019

| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M | 6 | Ref Number: | 030119 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | | Deposit Date: | 3/01/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | | Pay Frequency: | Weekly |
| | | HANOVER, PA 17331 | | | | Period Ending: | 2/23/19 |

### Earnings

| | This Pay Period | | | Year To Date |
| --- | --- | --- | --- | --- |
| Description | Rate | Hrs/Units | Amount | Amount |
| FIELD SALARY | | | 1,305.00 | 15,670.52 |
| PTO SALARY | | | 870.00 | 1,957.50 |
| HOLIDAY SALARY | | | 0.00 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -1,746.00 |

### Deductions

| | This Pay Period | Year To Date |
| --- | --- | --- |
| Description | Amount | Amount |
| UNITED WAY | 5.00 | 45.00 |
| FWT | 145.00 | 1,308.00 |
| FICA W/H | 122.82 | 1,105.38 |
| FICA MEDICARE | 28.73 | 258.52 |
| PA UNEMPLOYMENT | 1.31 | 11.77 |
| PA STATE W/H | 60.82 | 547.37 |
| FLD YC LOCAL SERVI | 1.00 | 9.00 |
| LOCAL CONEWAGO V | 29.72 | 267.46 |

| Company paid Benefits | Period Amount | YTD Amount |
| --- | --- | --- |
| FRINGE BENEFITS | 310.56 | 3,053.84 |

### Hours of Leave

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
| --- | --- | --- | --- | --- |
| PTO | 0.00 | 160.00 | 16.00 | 144.00 |

| Future Time Off | Type | Hours |
| --- | --- | --- |
| | Total: | |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
| --- | --- | --- | --- | --- | --- |
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,981.00 | 394.40 | 1,586.60 | 17,828.78 | 3,552.50 | 14,276.28 |

DICKENSHE DANIE

Your check has been deposited in your bank account

| | Dep Type | Amount |
| --- | --- | --- |
| | C | 1,586.60 |
| Total Current Net: | | 1,586.60 |

| Date | Ref No. | Amount |
| --- | --- | --- |
| 3/01/19 | 030119 | 1,586.60 |

**DANIEL N. DICKENSHEETS**
**40 SANDY CT**
**HANOVER, PA 17331**

Printed On: 2/27/2019

| KINSLEY CONSTRUCTION INC. | Emp No. | Name / Address | Filing Status | M | 6 | Ref Number: | 030819 |
| PO Box 2886 | | DANIEL N. DICKENSHEETS | | | | Deposit Date: | 3/08/19 |
| York, PA 174052886 | 7914 | 40 SANDY CT | | | | Pay Frequency: | Weekly |
| | | HANOVER, PA 17331 | | | | Period Ending: | 3/02/19 |

### Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| FIELD SALARY | | | 2,175.00 | 17,845.52 |
| PTO SALARY | | | 0.00 | 1,957.50 |
| HOLIDAY SALARY | | | 0.00 | 1,946.76 |
| 125C DEDUCTION | | | -194.00 | -1,940.00 |

**Hours of Leave**

| Leave Codes | Prior Year Carry Over | Curr Yr Eligible Vacation | YTD Usage | Balance |
|---|---|---|---|---|
| PTO | 0.00 | 160.00 | 16.00 | 144.00 |

| Future Time Off | Type | Hours |
|---|---|---|
| | Total: | |

### Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| UNITED WAY | 5.00 | 50.00 |
| FWT | 145.00 | 1,453.00 |
| FICA W/H | 122.83 | 1,228.21 |
| FICA MEDICARE | 28.72 | 287.24 |
| PA UNEMPLOYMENT | 1.31 | 13.08 |
| PA STATE W/H | 60.82 | 608.19 |
| FLD YC LOCAL SERV | 1.00 | 10.00 |
| LOCAL CONEWAGO | 29.72 | 297.18 |

| Company paid Benefits | Period Amount | YTD Amount |
|---|---|---|
| FRINGE BENEFITS | 388.20 | 3,442.04 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,981.00 | 394.40 | 1,586.60 | 19,809.78 | 3,946.90 | 15,862.88 |

DICKENSHE DANIE

Your check has been deposited in your bank account

| | Dep Type | Amount |
|---|---|---|
| | C | 1,586.60 |
| Total Current Net: | | 1,586.60 |

| Date | Ref No. | Amount |
|---|---|---|
| 3/08/19 | 030819 | 1,586.60 |

**DANIEL N. DICKENSHEETS**
**40 SANDY CT**
**HANOVER, PA 17331**

Printed On: 3/7/2019