```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
```

In re:                                                                 Case No. 19-00983-HWV
Daniel N Dickensheets                                                  Chapter 13
Shelly Mae Dickensheets
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini              Page 1 of 1              Date Rcvd: Apr 29, 2019
                              Form ID: ntcnfhrg           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db/jdb         +Daniel N Dickensheets,    Shelly Mae Dickensheets,    40 Sandy Court,    Hanover, PA 17331-9070
5188599        +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
5171327        +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5171328        +KML Law Group PC,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
5176918         Southeastern Adams Vol Em Service,    PO Box 539,    Mechanicsburg PA 17055-0539
5188653        +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
5171332        +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5176917        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2019 19:42:39    Capital One Bank,
                 PO box 30285,    Salt Lake City UT 84130-0285
5176919        +E-mail/Text: documentfiling@lciinc.com Apr 29 2019 19:37:46    Comcast,    PO Box 3005,
                 Southeastern PA 19398-3005
5176916        +E-mail/Text: julie.baugher@pinnaclehealth.org Apr 29 2019 19:37:50    Hanover Hospital,
                 300 Highland Avenue,    Hanover PA 17331-2203
5171325         E-mail/Text: cio.bncmail@irs.gov Apr 29 2019 19:38:00    Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5182881         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2019 19:42:45    LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5171326         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2019 19:38:16    PA Department of Revenue,
                 Attn: Bankruptcy Division,    Dept 280946,   Harrisburg, PA 17128-0946
5171329        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2019 19:42:41
                 Portfolio Recovery,    Po Box 41021,   Norfolk, VA 23541-1021
5171330        +E-mail/Text: jennifer.chacon@spservicing.com Apr 29 2019 19:39:03
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
5171331        +E-mail/Text: bankruptcy@sw-credit.com Apr 29 2019 19:38:26    Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
5171333        +E-mail/Text: kcm@yatb.com Apr 29 2019 19:37:50    York Adams Tax Bureau,
                 Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Shelly Mae Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 1 Daniel N Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2006-11 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel N Dickensheets,
aka Dan N Dickensheets,

**Debtor 1**

Shelly Mae Dickensheets,
aka Shelly M Dickensheets, fka Shelly Keeney, fka Shelly Mae Groft, fka Shelly M Groft,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−00983−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 29, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 5, 2019 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 29, 2019 |

ntcnfhrg (03/18)