**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET
HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

June 13, 2019

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Daniel & Shelly Dickensheets
Chapter 13 Bankruptcy Case No. 1-19-00983

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

WELLS FARGO DEALER SERVICES
ATTN BANKRUPTCY
PO BOX 130000
RALEIGH NC 27605-1000

The Creditor's <u>previous</u> address was as follows:

WELLS FARGO DEALER SERVICES
ATTN BANKRUPTCY
PO BOX 19657
IRVINE CA 92623-9657

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm