```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00983-HWV
Daniel N Dickensheets                                           Chapter 13
Shelly Mae Dickensheets
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: CGambini              Page 1 of 1           Date Rcvd: Jul 02, 2019
                               Form ID: pdf010             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 19:31:21
                Portfolio Recovery Associates LLC,   PO Box 41067,   Norfolk, VA  23541
5200383       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 19:30:47
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Shelly Mae Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              Gary J Imblum    on behalf of Debtor 1 Daniel N Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL N. DICKENSHEETS | : | CASE NO. 1-19-00983-HWV |
| a/k/a DAN N. DICKENSHEETS | : | |
| SHELLY MAE DICKENSHEETS | : | CHAPTER 13 |
| a/k/a SHELLY M. DICKENSHEETS | : | |
| f/k/a SHELLY KEENEY | : | |
| f/k/a SHELLY MAE GROFT | : | |
| f/k/a SHELLY M. GROFT | : | |
|     Debtors | : | |
| | : | |
| DANIEL N. DICKENSHEETS | : | |
| a/k/a DAN N. DICKENSHEETS | : | |
| SHELLY MAE DICKENSHEETS | : | |
| a/k/a SHELLY M. DICKENSHEETS | : | |
| f/k/a SHELLY KEENEY | : | |
| f/k/a SHELLY MAE GROFT | : | |
| f/k/a SHELLY M. GROFT | : | |
|     Objectants | : | |
| | : | |
| vs. | : | |
| | : | |
| PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC | : | |
|     Claimant | : | |

## ORDER

In consideration of Debtors' Objection to Proof of Claim of Portfolio Recovery Associates, LLC, claim number 5;

**IT IS HEREBY ORDERED AND DECREED**, that the above Claim is disallowed in its entirety.

Dated: July 2, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)