**LOCAL BANKRUPTCY FORM 2016-2(c)**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Daniel N. Dickensheets                    :       **CHAPTER 13**
a/k/a Dan N. Dickensheets               :
Shelly Mae Dickensheets                :
a/k/a Shelly M. Dickensheets, f/k/a Shelly Keeney, :       **CASE NO.** 1_-_19_-bk-_00983_____
f/k/a Shelly Mae Groft f/k/a Shelly M. Groft    :
                                      :
           **Debtor(s)**       :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| **A.** Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by debtor | $ |
| 2. Less amount paid to attorney outside of plan distributions | $ |
| 3. Balance of compensation to be paid through plan distributions | $ |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| | | |
|---|---|---|
| **B.** Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | | |
| 1. Compensation and expenses to be approved by the Court | $ | 4,399.55 |
| 2. Less amounts paid to attorney outside of plan distributions | $ | 1,495.00 |
| 3. Balance of compensation and expenses to be paid through plan distributions | $ | 2,904.55 |

| | | |
|---|---|---|
| **C.** The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ | 2,904.55 |

Dated:_____July 8, 2019_____ ⊞

                                             _____
                                             Attorney for Debtor

For fees and costs through July 3, 2019. A fee application will be filed in the near future.