United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Daniel N Dickensheets  
Shelly Mae Dickensheets  
    Debtors

Case No. 19-00983-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini     Page 1 of 1     Date Rcvd: Jul 16, 2019  
                        Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.  
5188653       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,   PO Box 130000,   Raleigh, NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         Gary J Imblum    on behalf of Debtor 2 Shelly Mae Dickensheets gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com  
         Gary J Imblum    on behalf of Debtor 1 Daniel N Dickensheets gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                       TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DANIEL DICKENSHEETS | : | CASE NO. 1-19-00983-HWV |
| aka DAN N. DICKENSHEETS | : | CHAPTER 13 |
| SHELLY MAE DICKENSHEETS | : | |
| aka SHELLY M. DICKENSHEETS | : | |
| fka SHELLY KEENEY, fka SHELLY | : | |
| MAE GROFT, fka SHELLY M. GROFT | : | |
|     Debtors | : | |
| | : | |
| DANIEL DICKENSHEETS | : | |
| aka DAN N. DICKENSHEETS | : | |
| SHELLY MAE DICKENSHEETS | : | |
| aka SHELLY M. DICKENSHEETS | : | |
| fka SHELLY KEENEY, fka SHELLY | : | |
| MAE GROFT, fka SHELLY M. GROFT | : | |
|     Objectants | : | |
| | : | |
| vs. | : | |
| | : | |
| WELLS FARGO BANK N.A. | : | |
| dba WELLS FARGO AUTO | : | |
|     Claimant | : | |

### ORDER

Upon consideration of Debtors Objection to Proof of Claim of Wells Fargo Bank N.A., dba Wells Fargo Auto, claim number 3;

**IT IS HEREBY ORDERED AND DECREED**, that the pre-petition arrearage in the above Claim is reduced to zero dollars ($0.00).

Dated: July 16, 2019

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (LS)