# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | Case No.: 19-00983 |
| | : | Chapter 13 |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | Judge Henry W. Van Eck |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| | : | |
| Debtor(s). | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-043559_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | Case No.: 19-00983 |
| | : | Chapter 13 |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | Judge Henry W. Van Eck |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| | : | |
| **Debtor(s).** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Gary J. Imblum, Attorney for Daniel N Dickensheets AKA Dan N Dickensheets and Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft, Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111, gary.imblum@imblumlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 13, 2019:

Daniel N Dickensheets AKA Dan N Dickensheets and Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft, 40 Sandy Court, Hanover, PA 17331

DATE: December 13, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

19-043559_PS

Telephone: 614-220-5611  
Fax: 614-627-8181  
Attorneys for Creditor  
The case attorney for this file is Karina Velter.  
Contact email is kvelter@manleydeas.com

19-043559_PS