# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 4, 2020

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Daniel & Shelly Dickensheets
Chapter 13, Bankruptcy Case No. 1:19-bk-00983

Dear Clerk:

Please be advised that the address for Daniel & Shelly Dickensheets has changed to the following:

1305 York Road
Gettysburg, PA 17325-7513

The Debtor's previous address was as follows:

40 Sandy Court
Hanover, PA 17331-9070

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Charles J. DeHart, III (Trustee)
Via E-Service