```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 19-00983-HWV
Daniel N Dickensheets                                         Chapter 13
Shelly Mae Dickensheets
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AutoDocke          Page 1 of 1          Date Rcvd: Mar 27, 2020
                            Form ID: nttext          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
              Manley Deas Kochalski LLC,   P.O. Box 165028,   Columbus, OH 43216-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Shelly Mae Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 1 Daniel N Dickensheets gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2006-11 bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Daniel N Dickensheets,
aka Dan N Dickensheets,

**Debtor 1**

Shelly Mae Dickensheets,
aka Shelly M Dickensheets, fka Shelly Keeney, fka Shelly Mae Groft, fka Shelly M Groft,

**Debtor 2**

Chapter 13

Case No. 1:19–bk–00983–HWV

## Notice

Due to considerations related to the COVID–19 pandemic, the noticing requirement for the Motion for Relief from the Automatic Stay has been changed from a semi–passive to hearing required. See LBR 9001–1(i),(n). The Court has scheduled the Motion for Relief from the Automatic Stay filed on 3/23/2020 for a hearing. The hearing will be held regardless of whether objections are filed. All other information on the original Notice will remain in full force and effect. (RE: related document(s)64). (Miscevich, Jennifer)

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: JenniferMiscevich, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 27, 2020 |

Notice Text Entries (Form nttext) (3/20)