LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | CHAPTER **13** |
| | : | |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | CASE NO.: **19-00983** |
| | : | |
| Debtor(s) | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | ADVERSARY NO. ___-____-ap-_____ |
| | : | (if applicable) |
| Plaintiff(s)/Movant(s) | : | |
| vs | : | Nature of Proceeding: **Motion for Relief from the Automatic Stay** |
| | : | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | |
| | : | Document #: **64** |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | |
| | | |
| **Charles J. DeHart III** | | |
| Defendants(s)/Respondent(s) | | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Debtor has tendered payments so additional time is needed to confirm the payments and resolve the Motion for Relief.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 15, 2020               /s/ Karina Velter_____
                                    Attorney for Wells Fargo Bank, N.A., d/b/a
                                    Wells Fargo Auto

19-043559_SCS2

Name: _Karina Velter__
Phone Number: _614-220-5611__

19-043559_SCS2