UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     DANIEL N DICKENSHEETS
            AKA: DAN N DICKENSHEETS
            SHELLY MAE DICKENSHEETS
            AKA: FKA SHELLY M GROFT, FKA SHELLY
            KEENEY, SHELLY M DICKENSHEETS, FKA
            SHELLY MAE GROFT
                Debtor(s)

                                                       CHAPTER 13

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                Movant                               CASE NO: 1-19-00983-HWV

vs.

            DANIEL N DICKENSHEETS
            AKA: DAN N DICKENSHEETS    SHELLY
            MAE DICKENSHEETS
            AKA: FKA SHELLY M GROFT, FKA SHELLY
            KEENEY, SHELLY M DICKENSHEETS, FKA
            SHELLY MAE GROFT
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on October 19, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    October 19, 2020                          Respectfully submitted,

                                                      /s/    James K. Jones, Esquire
                                                      ID: 39031
                                                      Attorney for Movant
                                                      Charles J. DeHart, III
                                                      Standing Chapter 13 Trustee
                                                      8125 Adams Drive, Suite A
                                                      Hummelstown, PA 17036
                                                      Phone: (717) 566-6097
                                                      Fax: (717) 566-8313
                                                      eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL N DICKENSHEETS
AKA: DAN N DICKENSHEETS
SHELLY MAE DICKENSHEETS
AKA: FKA SHELLY M GROFT, FKA
SHELLY KEENEY, SHELLY M
DICKENSHEETS, FKA SHELLY MAE
GROFT

CHAPTER 13

Debtor(s)

CASE NO: 1-19-00983-HWV

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> November 18, 2020 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1600.00**
**AMOUNT DUE FOR THIS MONTH: $400.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $2000.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail **to:**
**CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 19, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL N DICKENSHEETS
AKA: DAN N DICKENSHEETS
SHELLY MAE DICKENSHEETS
AKA: FKA SHELLY M GROFT, FKA
SHELLY KEENEY, SHELLY M
DICKENSHEETS, FKA SHELLY
MAE GROFT

CHAPTER 13

Debtor(s)

CASE NO: 1-19-00983-HWV

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 19, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

DANIEL N DICKENSHEETS
SHELLY MAE DICKENSHEETS
1305 YORK ROAD
GETTYSBURG, PA 17325-7513

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 19, 2020

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

Case 1:19-bk-00983-HWV   Doc 81   Filed 10/19/20   Entered 10/19/20 07:57:36   Desc
Page 4 of 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL N DICKENSHEETS
AKA: DAN N DICKENSHEETS
SHELLY MAE DICKENSHEETS
AKA: FKA SHELLY M GROFT, FKA
SHELLY KEENEY, SHELLY M
DICKENSHEETS, FKA SHELLY MAE
GROFT

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-19-00983-HWV

vs.

DANIEL N DICKENSHEETS
AKA: DAN N DICKENSHEETS
SHELLY MAE DICKENSHEETS
AKA: FKA SHELLY M GROFT, FKA
SHELLY KEENEY, SHELLY M
DICKENSHEETS, FKA SHELLY MAE
GROFT

MOTION TO DISMISS

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.