<div align="center">
**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com
</div>

<div align="center">August 10, 2020</div>

Gary J. Imblum Esq.
4615 Derry Street
Harrisburg, PA 17111

RE:  **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 vs. Shelly Mae Dickensheets fka Shelly M Groft fka Shelly Keeney aka Shelly M Dickensheets fka Shelly Mae Groft and Daniel N. Dickensheets aka Dan N Dickensheets
Case No. 19-00983 HWV
Last 4 Digits of Loan No. 0263

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice. The amount in default is itemized as follows;

- Regular mortgage payments for the months of February 2020 through April 2020, in the amount of $1,027.77 per month;
- Regular mortgage payments for the months of May 2020 through July 2020, in the amount of $1,035.76 per month;
- Installment payments for the months of February 2020 through June 2020, in the amount of $1,199.44 per month and $1,199.43 for the month of July 2020;

<div align="center">**The total due is $13,387.22 and must be received on or before August 25, 2020.**</div>

- The monthly payment for August, is due as of the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

Only **certified funds, money order, or a check from an attorney trust account will be accepted to cure the default.** Cash or personal checks will not be accepted. If you have proof that payments were made, fax that proof to our office at **215-627-7734**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

<div style="margin-left: 50%">
KML Law Group, P.C.
/s/ James C. Warmbrodt Esquire
James C. Warmbrodt Esquire
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
</div>

cc:   Shelly Mae Dickensheets fka Shelly M Groft fka Shelly Keeney aka Shelly M Dickensheets fka Shelly Mae Groft Daniel N. Dickensheets aka Dan N Dickensheets