IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shelly Mae Dickensheets fka Shelly M Groft fka Shelly Keeney aka Shelly M Dickensheets fka Shelly Mae Groft<br>Daniel N. Dickensheets aka Dan N Dickensheets<br>Debtor(s) | Chapter 13<br><br>NO. 19-00983 HWV |
| The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11<br>v.<br>Shelly Mae Dickensheets fka Shelly M Groft fka Shelly Keeney aka Shelly M Dickensheets fka Shelly Mae Groft<br>Daniel N. Dickensheets aka Dan N Dickensheets<br>and<br>Charles J. DeHart, III Esq.<br>Trustee | |

## **ORDER**

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on February 3, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 40 Sandy Court Hanover, PA 17331.

Dated: March 19, 2021    By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)