IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 19-00983 |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | Chapter 13 |
| | Judge Henry W. Van Eck |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | Related Document # 102 |
| **Movant,** | |
| vs | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | |
| **Jack N Zaharopoulos (Trustee)** | |
| **Respondents.** | |

### WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO'S NOTICE OF WITHDRAWAL OF CERTIFICATE OF DEFAULT
### (DOCKET NO. 102)

AND NOW, comes Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC and hereby withdraws its Certificate of Default which was filed in this Court on June 28, 2021.

        Respectfully submitted,

        /s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

19-043559_CJP

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-043559_CJP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 19-00983 |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | Chapter 13 |
| | : | Judge Henry W. Van Eck |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | * * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Related Document # 102 |
| | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | |
| | | |
| **Jack N Zaharopoulos (Trustee)** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Certificate of Default was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos (Trustee), Chapter 13 Trustee, Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036, info@pamd13trustee.com

Gary J Imblum, Attorney for Daniel N Dickensheets AKA Dan N Dickensheets and Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft, Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111, gary.imblum@imblumlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 15, 2021:

19-043559_CJP

Daniel N Dickensheets AKA Dan N Dickensheets and Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft, 1305 York Road, Gettysburg, PA 17325-7513

DATE: __07/15/2021__

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-043559_CJP