<u>**LOCAL BANKRUPTCY FORM 9019-1**</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | **CHAPTER <u>13</u>** |
| | : | |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | **CASE NO.: <u>19-00983</u>** |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **ADVERSARY NO. ___-____-ap-_____** |
| | : | **(if applicable)** |
| **Plaintiff(s)/Movant(s)** | : | |
| | : | **Nature of Proceeding: <u>Hearing</u>** |
| **vs** | : | **Pleading: <u>Objection to Certificate of Default</u>** |
| | : | |
| **Daniel N Dickensheets AKA Dan N Dickensheets** | : | |
| | : | |
| **Shelly Mae Dickensheets FKA Shelly M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft** | : | **Document #: <u>102</u>** |

**Jack N Zaharopoulos (Trustee)**
       **Defendants(s)/Respondent(s)**

<u>**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**</u>

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

19-043559_SCS2

(2)   If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)   Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_07/16/2021_____                          /s/ Adam B. Hall
                                                       _____
                                                       Attorney for_ Wells Fargo Bank, N.A., d/b/a

Wells Fargo Auto_____

19-043559_SCS2

**MANLEY DEAS KOCHALSKI LLC**
**P.O. BOX 165028**
**COLUMBUS OH  43216-5028**


Daniel N Dickensheets AKA Dan N Dickensheets and Shelly Mae Dickensheets FKA Shelly
M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft
1305 York Road
Gettysburg, PA  17325-7513


Daniel N Dickensheets AKA Dan N Dickensheets and Shelly Mae Dickensheets FKA Shelly
M Groft, FKA Shelly Keeney, AKA Shelly M Dickensheets, FKA Shelly Mae Groft
1305 York Road
Gettysburg, PA  17325-7513

1881797, 1881800

19-043559_SCS2

WENV