# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

August 26, 2021

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Daniel & Shelly Dickensheets
Chapter 13 Bankruptcy Case No. 1-19-00983

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

COMCAST
PO BOX 70219
PHILADELPHIA PA 19176-8219

The Creditor's <u>previous</u> address was as follows:

COMCAST
PO BOX 3005
SOUTHEASTERN PA 19398-3005

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm