# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

April 18, 2023

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Daniel & Shelly Dickensheets
Chapter 13, Bankruptcy Case No. 1:19-bk-00983

Dear Clerk:

Please be advised that the address for Daniel & Shelly Dickensheets has changed to the following:

119 Rife Road
East Berlin, PA 17316-9558

The Debtor's <u>previous</u> address was as follows:

1305 York Road
Gettysburg, PA 17325-7513

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service